IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FORREST EVANS, ERNESTINE HODGE, and
RAPIDO MVD SERVICES,

      Plaintiffs,

v.                                  No. 2:20-cv-00874-KRS

MARGARET WILLIAMS, et al.

      Defendants.

## ORDER GRANTING SECOND EXTENSION OF TIME

**THIS MATTER** comes before the Court on *pro se* Plaintiff Forrest Evans' Motion for Extension of Time for Order [sic] to Amend Complaint, Doc. 13, filed November 25, 2020.

Plaintiff Forrest Evans seeks a 20-day extension of time to comply with the Court's Order to file an amended Complaint because Plaintiffs have been unable to retain counsel. The Court previously granted Plaintiffs a 20-day extension of time to respond to the Court's Order to show cause and/or file an amended complaint. *See* Doc. 10, filed October 19, 2020. The Court grants Plaintiffs a 30-day extension of time to file an amended complaint. The Court will not grant any additional extensions of time in the absence of extraordinary circumstances.

**IT IS ORDERED** that Plaintiff Forrest Evans' Motion for Extension of Time for Order [sic] to Amend Complaint, Doc. 13, filed November 25, 2020, is **GRANTED.** Plaintiffs shall have 30 days from entry of this Order to file an amended complaint. Failure to timely file an amended complaint may result in dismissal of this case.

**IT IS SO ORDERED.**

                                                                       KEVIN R. SWEAZEA
                                                                       UNITED STAGES MAGISTRATE JUDGE